UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**HOWARD COHAN,**

       **Plaintiff,**

v.                                      Case No.  6:22-cv-1785-CEM-RMN

**PEI WEI ASIAN DINER, LLC,**

       **Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Motion for Entry of Final Default Judgment (Doc. 23). The United States Magistrate Judge issued a Report and Recommendation (Doc. 26), recommending that the Motion be granted.

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 26) is **ADOPTED** and made a part of this Order.

2. Plaintiff's Motion for Entry of Final Default Judgment (Doc. 23) is **GRANTED**.

3. The Clerk is directed to enter default declaratory judgment in favor of Plaintiff and against Defendant, providing that the premises located at 355 E. Altamonte Drive, Unit 100, Altamonte Springs, FL 32701, consisting of Pei Wei Fresh Kitchen #0228, is in violation of the Americans with Disabilities Act.

4. The Court retains jurisdiction to enforce the permanent injunction set forth in the Report and Recommendation (Doc. 26 at 7–9).

5. **On or before May 23, 2023**, Plaintiff is permitted to file a supplemental motion supporting his fee request in compliance with Local Rule 7.01(c).

6. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on May 9, 2023.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record