UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**HOWARD COHAN,**

      **Plaintiff,**

v.                                                  Case No.  6:22-cv-1785-CEM-RMN

**PEI WEI ASIAN DINER, LLC,**

      **Defendant.**

_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Motion for Attorney's Fees and Costs ("Motion," Doc. 29). The United States Magistrate Judge issued a Report and Recommendation (Doc. 30), recommending that the Motion be granted in part and denied in part.

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

    1. The Report and Recommendation (Doc. 30) is **ADOPTED** and made a part of this Order.

2. Plaintiff's Motion for Attorney's Fees and Costs (Doc. 29) is **GRANTED in part** and **DENIED in part**.

   a. Plaintiff is awarded $3,304.00 in attorney's fees and $634.85 in costs, for a total amount of $3,938.85.

   b. Plaintiff's Motion is otherwise **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida on July 6, 2023.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party